1  TOWNSEND AND TOWNSEND AND CREW LLP
   PAUL W. VAPNEK (State Bar No. 36576)
2  MARC M. GORELNIK (State Bar No. 166833)
   DAVID SCHNAPF (State Bar No. 100199)
3  MEGAN M. CHUNG (State Bar No. 232044)
   Two Embarcadero Center, Eighth Floor
4  San Francisco, CA  94111
   Telephone:  (415) 576-0200
5  Facsimile:  (415) 576-0300
   Email: pwvapnek@townsend.com
6         mmgorelnik@townsend.com
          dschnapf@townsend.com
7         mmchung@townsend.com
   *Attorneys for Plaintiff*
8  Z-LINE DESIGNS, INC.

9  VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP
   STEPHEN P. AFENDOULIS
10 Bridgewater Place
   333 Bridge Street, Suite 1700
11 P.O. Box 352
   Grand Rapids, MI  49501
12 Telephone:  (616) 336-6000
   Facsimile:  (616) 336-7000
13 Email: spafendoulis@varnumlaw.com
   *Attorneys for Defendant*
14 SAUDER WOODWORKING CO.

15

16                    UNITED STATES DISTRICT COURT

17                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  Z-LINE DESIGNS, INC., | Case No.  CV-10-1735 SI |
| 19          Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF INITIAL CASE MANAGEMENT CONFERENCE DATE** |
| 20       v. | |
| 21  SAUDER WOODWORKING CO., | |
| 22          Defendant. | Date:  August 4, 2010<br>Time:  10:00 a.m.<br>Place: Courtroom 10, 19th Floor<br>Judge: Hon. Susan Illston |
| 23 | |

24

25

26

27

28  *Z-Line Designs, Inc. v. Sauder Woodworking Co.*
    JOINT STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF INITIAL
    CASE MANAGEMENT CONFERENCE DATE
    CASE NO. CV-10-1735 SI                                                      1

On July 23, 2010, the Court noticed the Initial Case Management Conference for August 4, 2010. Pursuant to Civil L.R. 6-3, 16-2(d), and 7-12, Plaintiff Z-Line Designs, Inc. ("Z-Line" or "Plaintiff") and Defendant Sauder Woodworking, Inc. ("Sauder" or "Defendant") jointly request that the Initial Case Management Conference be continued to August 25, 2010, or such other date as set by the Court.

The parties are presently and productively engaged in settlement discussions and believe that a brief continuance of the case management schedule will facilitate settlement efforts. Additionally, Defendant's response to the Complaint is not yet due, having been continued to August 2, 2010, by agreement of the parties.

This continuance will not alter any other case management dates. Counsel for the parties believe that the requested continuance will allow the parties and counsel to continue to devote their attention and resources to a final resolution of this matter.

ACCORDINGLY, the parties, by and through their undersigned counsel, request that the Initial Case Management Conference be continued to August 25, 2010, at 10:00 a.m.

**IT IS SO STIPULATED BY THE PARTIES.**

DATED: July 27, 2010            Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP

By: _____/s/_____
        MARC M. GORELNIK
        Attorneys for Plaintiff
        Z-LINE DESIGNS, INC.

DATED: July 27, 2010            Respectfully submitted,

VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP

By: _____/s/_____
        STEPHEN P. AFENDOULIS
        Attorneys for Defendant
        SAUDER WOODWORKING CO.

*Z-Line Designs, Inc. v. Sauder Woodworking Co.*
JOINT STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF INITIAL
CASE MANAGEMENT CONFERENCE DATE
CASE NO. CV-10-1735 SI                                                                                    2

**SIGNATURE ATTESTATION**

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from counsel for Defendant for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document, and I have on file records to support this concurrence for subsequent production for the court, if so ordered, or for inspection upon request.

Dated: July 27, 2010

/s/
Marc M. Gorelnik
Attorney for Plaintiff

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

HON. SUSAN ILLSTON
United States District Judge

62794143 v1

*Z-Line Designs, Inc. v. Sauder Woodworking Co.*
JOINT STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF INITIAL
CASE MANAGEMENT CONFERENCE DATE
CASE NO. CV-10-1735 SI                                                    3