IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z-LINE DESIGNS, INC., | No. C 10-01735 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| SAUDER WOODWORKING CO., | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>January 14, 2011</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>June 30, 2011</u>.

DESIGNATION OF EXPERTS: <u>pltf: 3/23/11, deft: 4/13/11</u>; REBUTTAL: <u>pltf: 5/4/11, deft: 5/25/11</u>.

Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>June 30, 2011</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>August 12, 2011</u>;

Opp. Due <u>August 26, 2011</u>;  Reply Due <u>September 2, 2011</u>;

and set for hearing no later than <u>September 16, 2011</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>November 22, 2011</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>December 5, 2011</u> at <u>8:30 AM.</u>,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>10 </u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Plaintiff may file an amended complaint by October 4, 2010.
No tutorial or markman is necessary for this patent case.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

SUSAN ILLSTON
United States District Judge