| | |
|---|---|
| TOWNSEND AND TOWNSEND AND CREW LLP<br>PAUL W. VAPNEK (State Bar No. 36576)<br>MARC M. GORELNIK (State Bar No. 166833)<br>MEGAN M. CHUNG (State Bar No. 232044)<br>Two Embarcadero Center, Eighth Floor<br>San Francisco, CA 94111<br>Telephone: (415) 576-0200<br>Facsimile: (415) 576-0300<br>Email: pwvapnek@townsend.com<br>        mmgorelnik@townsend.com<br>        dschnapf@townsend.com<br>        mmchung@townsend.com<br>*Attorneys for Plaintiff*<br>Z-LINE DESIGNS, INC. | VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP<br>Stephen P. Afendoulis<br>Bridgewater Place<br>333 Bridge Street, Suite 1700<br>P.O. Box 352<br>Grand Rapids, MI 49501<br>Telephone: (616) 336-6000<br>Facsimile: (616) 336-7000<br>EMAIL: spafendoulis@varnumlaw.com<br><br>Scott D. Baker (SBN 84923)<br>*Email:* sbaker@reedsmith.com<br>James A. Daire (SBN 239637)<br>*Email:* jdaire@reedsmith.com<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659<br>Telephone:    +1 415 543 8700<br>Facsimile:    +1 415 391 8269<br><br>Attorneys for Defendant/Counterclaimant<br>Sauder Woodworking Co. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z-LINE DESIGNS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SAUDER WOODWORKING CO.,<br><br>Defendant. | Case No. CV-10-1735 SI<br><br>**STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S AMENDED COMPLAINT WITH PREJUDICE, DISMISSAL OF DEFENDANT'S FIRST AND THIRD COUNTERCLAIMS WITH PREJUDICE AND DISMISSAL OF DEFENDANT'S SECOND AND FOURTH COUNTERCLAIMS WITHOUT PREJUDICE**<br><br>Judge: Hon. Susan Illston |

WHEREAS the parties to the above litigation have reached a Settlement Agreement and Release, the parties do hereby stipulate by and through their attorneys to the dismissal of all claims and counterclaims in the above action, as follows:

Plaintiff's Amended Complaint and Defendant's First and Third Counterclaims shall be dismissed with prejudice;

Defendant's Second and Fourth Counterclaims shall be dismissed without prejudice.

The Court shall retain jurisdiction to enforce any arbitration order arising from the Settlement Agreement between the parties.

Each party to bear its own costs and expenses.

DATED: November 18, 2010         Respectfully submitted,

                                 TOWNSEND AND TOWNSEND AND CREW LLP


                                 By: /s/*Marc M. Gorelnik*
                                     MARC M. GORELNIK

                                 Attorneys for Plaintiff
                                 Z-LINE DESIGNS, INC.


DATED: November 18, 2010         REED SMITH, LLP


                                 By: /s/ *James A. Daire*
                                     James A. Daire

                                 Attorney for Defendant/Counterclaimant
                                 Sauder Woodworking Co.

*Z-Line Designs, Inc. v. Sauder Woodworking Co.*
STIPULATION AND ORDER OF DISMISSAL
CASE NO. CV-10-1735 SI

2

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2010.

*[signature: Susan Illston]*

Judge Susan Illston
United States District Court

townsend.

**GENERAL ORDER 45 ATTESTATION**

I, Marc M. Gorelnik, am the ECF user whose ID and password are being used to file this STIPULATION AND ORDER OF DISMISSAL. In compliance with General Order 45, X.B., I hereby attest that James A. Daire has concurred in this filing.

/s/*Marc M. Gorelnik*